UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-13085 |
| | | CHAPTER 13 |
| THOMAS J. KIRKLIN | | |
| VEDA W. KIRKLIN | : | JUDGE J. VINCENT AUG |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916947 | $13.17 |

Creditor(s)
Cincinnati Bell Wireless
201 East Fourth Street
Cincinnati, Ohio 45202

                                                        Respectfully submitted,

                                        /s/    Margaret A. Burks, Esq.
                                                  Margaret A. Burks, Esq.
                                                  Chapter 13 Trustee
                                                  Attorney No. OH 0030377

                                                  Francis J. DiCesare, Esq.
                                                  Staff Attorney
                                                  Attorney No. OH 0038798

                                                  Karolina F. Perr, Esq.
                                                  Staff Attorney
                                                  Attorney No. OH 0066193

                                                  600 Vine Street, Suite 2200
                                                  Cincinnati, OH 45202
                                                  (513) 621-4488
                                                  (513) 621 2643 (Facsimile)
                                                  mburks@cinn13.org - Correspondence only
                                                  fdicesare@cinn13.org
                                                  kperr@cinn13.org

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

          /s/    Margaret A. Burks, Esq.
                  Margaret A. Burks, Esq.

Cincinnati Bell Wireless
201 East Fourth Street
Cincinnati, Ohio 45202

Debtor(s) Counsel
GREGORY M. WETHERALL, ESQ.
4030 MT. CARMEL-TOBASCO
SUITE 122
CINCINNATI, OH  45255

Debtor(s)
THOMAS J. KIRKLIN
VEDA W. KIRKLIN
592 MERCURY DRIVE
CINCINNATI, OH  45244

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Cincinnati Bell Wireless
221 E. 4th Street
ML 347-200
Cincinnnati, Ohio 45202